| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 3/17/2020 |

LUIGI GIROTTO,

                Plaintiff,

-against-

MAURA'S KITCHEN INC., a New York corporation, d/b/a MAURA'S KITCHEN, and GROWAN PROPERTIES, LLC, a New York limited liability company,

                Defendants.

1:19-cv-10887-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

       In response to the spread of COVID-19 (coronavirus), the President of the United States has declared a national emergency, the Governor of New York has banned large gatherings, and the Centers for Disease Control and Prevention and other public health authorities have advised taking precautions to reduce the possibility of exposure to the virus. *In re Coronavirus/COVID-19 Pandemic* [M10-468, 20MISC00155]. Accordingly:

       It is hereby ORDERED that the Initial Pretrial Conference scheduled to take place on March 27, 2020 is adjourned *sine die*. It is further ORDERED that the parties shall file a proposed Case Management Plan in compliance with the Court's Individual Rules of Practice in Civil Cases no later than March 31, 2020. Both a model Case Management Plan and the Court's Individual Rules are available at https://nysd.uscourts.gov/hon-mary-kay-vyskocil.

**SO ORDERED.**

Date: **March 17, 2020**
      **New York, NY**

                                */s/ Mary Kay Vyskocil*
                            **MARY KAY VYSKOCIL**
                            **United States District Judge**