UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIGI GIROTTO,

                Plaintiff,

-against-

MAURA'S KITCHEN INC., a New York corporation, d/b/a MAURA'S KITCHEN, and GROWAN PROPERTIES, LLC, a New York limited liability company,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/15/2020

1:19-cv-10887-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

In light of the outbreak of COVID-19 and the closure of many businesses, including Defendant Maura's Kitchen, Inc., the Court STAYS discovery until May 15, 2020. The parties may seek extension of stay as needed if the closure continues.

Furthermore, the Court will not enter the parties Proposed Case Management Plan and Scheduling Order (the "Proposed CMP") [ECF No. 17] given the number of disagreements over the terms. The parties are ordered to meet and confer, and to come to an agreement on the disputed terms. The parties should then file a revised Proposed CMP no later than May 8, 2020. If any terms are still disputed, the parties must file a joint letter (of no more than three pages) accompanying the revised CMP detailing the efforts that have been made to resolve the disputes, the substance of any remaining disagreements, and the parties' respective positions.

**SO ORDERED.**

**Date:  April 15, 2020**
        **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**