UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __08/31/2020__

LUIGI GIROTTO,

                Plaintiff,

-against-

MAURA'S KITCHEN INC., a New York corporation, d/b/a MAURA'S KITCHEN, and GROWAN PROPERTIES, LLC, a New York limited liability company,

                Defendants.

1:19-cv-10887-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

        It having been reported to this Court by the Parties that this case has been settled, it is hereby ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **October 30, 2020**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date: August 31, 2020**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**